UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COLEEN FITCH                                             JURY TRIAL DEMANDED

v.                                                                CASE NO.  3:11CV

NATIONAL CREDIT SOLUTIONS, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § l692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant NCS is licensed as a consumer collection agency by the Connecticut Banking Department

6. In January, 2011, Defendant communicated with plaintiff and others in an effort a personal account identified as being a Hollywood Video account.

7. Defendant called plaintiff on January 12, 2011, and left only a name and phone number for plaintiff to return the call.

8. Defendant sought a past due amount consisting of some $65 in late fees, plus its collection fee of $75.

9. In October, 2010, defendant reported the $65 amount to Trans Union.

10. Plaintiff did not owe anything to Hollywood Video.

FIRST COUNT

11. In the collection efforts, defendant violated the FDCPA, § 1692d, -e, -f, or -g.

SECOND COUNT

12. Within three years prior to the date of this action, Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

13. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under each applicable statute;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net