UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COLEEN FITCH,                               :
                                            :
            Plaintiff,                      :
                                            :     3:11-CV-00229-PDC
v.                                          :
                                            :
NATIONAL CREDIT SOLUTIONS, LLC, :
                                            :
            Defendant.                      :

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
COLEEN FITCH

By: _____
Joanne S. Faulkner
123 Avon Street
New Haven, CT 06511
Tel: 203-772-0395
E-mail: j.faulkner@snet.net

Her Attorney

Date: 3/14/11

THE DEFENDANT,
NATIONAL CREDIT SOLUTIONS,
LLC

By: _____
Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
E-Mail: jelliot@znclaw.com

Its Attorney

Date: 3/14/11